UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23389-RAR

**DEBORAH FOSTER**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**,

    Defendant.

_____/

### ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. On September 5, 2023, Plaintiff filed its Complaint [ECF No. 1]. To date, there is no indication in the court file that the Defendant has been served with the summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **December 4, 2023**, Plaintiff shall perfect service upon Defendant NCL (Bahamas) LTD. or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **December 4, 2023**, will result in a dismissal without further notice.

**DONE AND ORDERED** in Miami, Florida, this 9th day of October, 2023.

                                                               **RODOLFO A. RUIZ II**
                                                               UNITED STATES DISTRICT JUDGE